UNITED STATES COURT OF APPEALS
 FOR THE TENTH CIRCUIT
 OFFICE OF THE CLERK
 Byron White United States Courthouse
 1823 Stout Street
 Denver, Colorado 80257
 (303) 844-3157
Elisabeth A. Shumaker Douglas E. Cressler
Clerk of Court June 27, 2013 Chief Deputy Clerk

Mr. Eric Baxter
Mr. Stuart Kyle Duncan
Mr. Luke William Goodrich
Ms. Adele Auxier Keim
Mr. Mark Rienzi
Ms. Lori Halstead Windham
The Becket Fund for Religious Liberty
3000 K Street, NW
Suite 220
Washington, DC 20007

Mr. Derek Brandon Ensminger
Mr. Charles E. Geister III
Hartzog Conger Cason & Neville
201 Robert S. Kerr Avenue
Suite 1600
Oklahoma City, OK 73102

RE: 12-6294, Hobby Lobby Stores, et al v. Sebelius, et al
 Dist/Ag docket: 5:12-CV-01000-HE

Dear Counsel:

Enclosed is a copy of the opinion of the court issued today in this matter. The court has
entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.
 Sincerely,

 Elisabeth A. Shumaker
 Clerk of the Court

cc: Brigitte Amiri
 Michelle Renee Bennett
 Lisa Schiavo Blatt
 Dorinda Bordlee
 Stephen Robert Clark
 Kimberlee Wood Colby
 Michael R. Connelly
 Charles E. Davidow
 Deborah Jane Dewart
 Steven W. Fitschen
 Noel Francisco
 Scott W. Gaylord
 Cece Heil
 Brady Ross Henderson
 Ayesha N. Khan
 Ryan Kiesel
 Alisa Beth Klein
 Andrew W. Lester
 Gregory M Lipper
 Daniel Mach
 Francis J. Manion
 Frank D. Mylar Jr.
 Nikolas T. Nikas
 Michele L. Pahmer
 Martha Jane Perkins
 B. Robert Piller
 E. Scott Pruitt
 Charles Stephen Rogers
 Stuart J. Roth
 D. John Sauer
 Bruce Harvey Schneider
 Jay Sekulow
 Jordan Sekulow
 Catherine W. Short
 Mailee R. Smith
 Mark B. Stern
 Geoffrey R. Surtees
 Angela C. Thompson
 Carrie Lynn Vaughn
 Edward Lawrence White
 Mitchell Williams
 Patrick Wyrick
 Erik Zimmerman

EAS/bv